[No. 1388-3.    Division Three.    November 3, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. SCHULZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 4006, Fred R. Staples, J., entered January 16, 1975. *Affirmed* by unpublished opinion per Loy, J. Pro Tem., concurred in by Green and Munson, JJ.

[No. 1747-3.    Division Three.    November 3, 1976.]

THE STATE OF WASHINGTON, *Appellant*, v. RONALD RALPH HENDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23544, George T. Shields, J., entered November 5, 1975. *Remanded* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1653-3.    Division Three.    November 3, 1976.]

KELLY-SPRINGFIELD TIRE CO., *Appellant*, v. GLENN M. CHRISTENSEN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Asotin County, No. 12470, Patrick McCabe, J., entered July 22, 1975. *Affirmed in part and reversed in part* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3336-1.    Division One.    November 8, 1976.]

CHARLES G. McKENRICK, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 770478, Eugene G. Cushing, J. Pro Tem., entered September 20, 1974. *Affirmed* by unpublished per curiam opinion.